THE STATE EX REL. CRANFILL, APPELLANT, *v.* THE ODYSSEY GROUP, INC.; CONRAD, ADMR., ET AL., APPELLEES.

[Cite as *State ex rel. Cranfill v. The Odyssey Group, Inc.* (1999), 85 Ohio St.3d 149.]

(No. 98–1159—Submitted February 23, 1999—Decided March 31, 1999.)

---

*Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A., James A. Whittaker* and *Stephen P. Gast,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Miltina A. Gavia,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., dissents.

---

**ALICE ROBIE RESNICK, J., dissenting.** I would reverse the judgment of the court of appeals and grant the requested writ.